UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLEL DIVISION

CHRISTOPHER JASON TAYLOR,

    Plaintiff,

vs.

CASE NO.   3:17-cv-01246-BJD-MCR

DIRECTV, LLC,

    Defendant.
_____/

## MEDIATION REPORT

A mediation conference was held on the 18th day of October, 2018, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    __X__    All individual parties and their respective trial counsel.

    __X__    Designated corporate representatives.

    __X__    Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

_____

(c)     The outcome of the mediation conference was:

__X__   <u>The case was completely settled.</u> In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____  <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____

_____

_____

_____

_____  <u>The conference was continued</u> with the consent of all parties and counsel.

_____  <u>The parties have reached an impasse.</u>

Dated this **19th** day of **October** 2018.

_____
Robert A. Cole, Mediator
Mediator No. 25689R
Upchurch Watson White & Max
301 W. Bay Street, Suite 1414
Jacksonville, FL 32202
904-345-5842 / 386-255-7722 Fax
rcole@uww-adr.com