## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CHRISTOPHER JASON TAYLOR,

    Plaintiff,

v.                                                CASE NO: 3:17-cv-01246-BJD-MCR

DIRECTV, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, CHRISTOPHER JASON TAYLOR and Defendant, DIRECTV, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate that the matters between them have been resolved and therefore request this Honorable Court to dismiss Plaintiff's claims, with Prejudice, with each party to bear its own fees and costs.

Respectfully Submitted,

| **DAVIS LAW FIRM** | **MAYER BROWN LLP** |
|---|---|
| *s/Ariel Spires* | *s/ Kyle J. Steinmetz* |
| **TODD M. DAVIS, ESQ.** | **KYLE STEINMETZ, ESQ.** |
| TD@DAVISPLLC.COM | KSTEINMETZ@MAYERBROWN.COM |
| FL BAR NO. 58470 | *LEAD ATTORNEY* |
| **ARIEL SPIRES, ESQ.** | *PRO HAC VICE* |
| ARIELSPIRES@DAVISPLLC.COM | 71 S. WACKER DR. |
| FL BAR NO. 0124523 | CHICAGO, ILLINOIS 60606 |
| BANK OF AMERICA TOWER | 312-701-8547 (T) |
| 50 N. LAURA STREET SUITE 2500 | 312-706-9178 (F) |
| JACKSONVILLE, FL 32202 | |
| 904-400-1429 (T) | **SCOTT A. MARKOWITZ, ESQ.** |
| 904-638-8800 (F) | DEMAHY, LABRADOR, DRAKE, PAYNE & |
| *ATTORNEYS FOR PLAINTIFF* | CABEZA |

                SMARKOWITZ@DLDLAWYERS.COM
                FL BAR NO. 016608
                6400 N. ANDREWS AVE SUITE 500
                FT. LAUDERDALE, FL 33309
                954-766-7839 (T)
                *ATTORNEYS FOR DEFENDANT*

_____

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 27, 2018, I e-filed this document using the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

*/s/Ariel Spires*
Ariel Spires