UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CHRISTOPHER JASON TAYLOR,**

    **Plaintiff,**

v.                                                     Case No. 3:17-cv-1246-J-39MCR

**DIRECTV, LLC,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No.23; Stipulation) filed on November 27, 2018. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 28th day of November, 2018.

_____
BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record